# Court of Appeals
# of the State of Georgia

ATLANTA,  January 07, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0165.  GARY L. KING v. HERITAGE HEALTHCARE OF MOULTRIE, LLC.

Gary L. King filed a notice of appeal from the superior court's order denying his motion to vacate a final arbitration award.  On November 19, 2012, the trial court dismissed King's appeal because he had failed to pay the appeal-filing fee.  King then filed this application for discretionary review.

"[A] trial court's order dismissing a properly filed direct appeal is itself subject to a direct appeal." *American Medical Security Group v. Parker*, 284 Ga. 102, 103 (2) (663 SE2d 697) (2008); see also *Castleberry's Food Co. v. Smith*, 205 Ga. App. 859, 860 (424 SE2d 33) (1992).  We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED.  King shall have ten days from the date of this order to file a notice of appeal with the trial court.  If, however, he has already filed a notice of appeal from the order at issue, he need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
     Clerk's Office, Atlanta,  01/07/2013
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, Clerk.